CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP 13 2018

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAN HAENDEL,<br>    Plaintiff, | Civil Action No. 7:18-cv-00289 |
| v. | **ORDER** |
| VIRGINIA DEPARTMENT OF<br>CORRECTIONS, <u>et al.</u>,<br>    Defendants. | By:  Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** that Plaintiff's motion for a preliminary injunction (ECF No. 10) is **DENIED**, and the motion for a hearing and correction of the release date (ECF No. 16) is **DENIED** as moot.

ENTER: This 13th day of September, 2018.

/s/ Jackson L. Kiser
Senior United States District Judge